Mahir T. Sherif (SB# 135021)
3376 30th Street
San Diego, CA 92104
Telephone: (619) 297-4444
Facsimile: (619) 297-4115

Attorney for Defendant, Richard Valenzuela

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (Honorable Dana M. Sabraw)

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ) | Case No.: 06CR1243-DMS |
| ) | |
| Plaintiff, ) | ORDER FOR COPY CONNECTION TO |
| ) | BILL THE COURT FOR THEIR SERVICES |
| vs. ) | |
| ) | |
| RICHARD VALENZUELA ) | |
| ) | |
| Defendant. ) | |
| ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Copy Connection is authorized to be paid the sum of $1574.24 plus sales tax for copies of government discovery.

DATED:  October 11, 2006

_____

DANA M. SABRAW

U.S. DISTRICT JUDGE