Mahir T. Sherif (SB# 135021)
3376 30th Street
San Diego, CA 92104
Telephone: (619) 297-4444
Facsimile: (619) 297-4115

Attorney for Defendant, Richard Valenzuela

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Dana M. Sabraw)

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RICHARD VALENZUELA )<br>)<br>Defendant. )<br>) | Case No.: 06CR1243-DMS<br><br>ORDER FOR COPY CONNECTION TO BILL THE COURT FOR THEIR SERVICES |

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Copy Connection is authorized to be paid the sum of $1574.24 plus sales tax for copies of government discovery.

DATED:  October 11, 2006

_____
DANA M. SABRAW

U.S. DISTRICT JUDGE