Mahir T. Sherif (SB# 135021)
3376 30th Street
San Diego, CA 92104
Telephone: (619) 297-4444
Facsimile: (619) 297-4115

Attorney for Defendant, Richard Valenzuela

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Dana M. Sabraw)

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | Case No.: 06CR1243-DMS |
| Plaintiff, | ORDER FOR EXTRAORDINARY COSTS |
| vs. | |
| RICHARD VALENZUELA | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant RICHARD VALENZUELA be granted $545.22 as reimbursement for payment to Copy Connection for copies of government discovery.

DATED: October 11, 2006

HON. DANA M. SABRAW

United States District Judge