Mahir T. Sherif (SB# 135021)
3376 30th Street
San Diego, CA 92104
Telephone: (619) 297-4444
Facsimile: (619) 297-4115

Attorney for Defendant, Richard Valenzuela

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Dana M. Sabraw)

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD VALENZUELA<br><br>Defendant. | Case No.: 06CR1243-DMS<br><br>ORDER FOR EXTRAORDINARY COSTS |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant RICHARD VALENZUELA be granted $545.22 as reimbursement for payment to Copy Connection for copies of government discovery.

DATED: October 11, 2006

_____
HON. DANA M. SABRAW
United States District Judge