Mahir T. Sherif (SB# 135021)
3376 30th Street
San Diego, CA 92104
Telephone: (619) 297-4444
Facsimile: (619) 297-4115

Attorney for Defendant, Richard Valenzuela

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (Honorable Dana M. Sabraw)

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ) | Case No.: 06CR1243-DMS |
| Plaintiff, ) | ORDER FOR INTERIM PAYMENTS |
| vs. ) | |
| RICHARD VALENZUELA ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, due to the length of this case, and the fees accumulated thus far, Court Appointed Attorney, MAHIR T. SHERIF, may submit interim CJA vouchers and receive payment under the Criminal Justice Act for the defense attorney fees accrued during the pendency of this case.

DATED: October 11, 2006

_____

HON. DANA M. SABRAW

United States District Judge